No. 63819.—General Chain & Belt Co. et al. *v.* United States, protests 252114–K, etc. (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of extractors or parts thereof in chief value of metal the same in all material respects as those the subject of *General Chain & Belt Co.* v. *United States* (40 Cust. Ct. 5, C.D. 1948), the claim of the plaintiffs was sustained.

No. 63820.—Oxwall Tool Co., Ltd. *v.* United States, protest 59/18593 (New York).

Opinion by LAWRENCE, J.  The protest was dismissed.

No. 63821.—Henry C. Schaerf Corp. *v.* United States, protest 58/24657 (New York).

Opinion by LAWRENCE, J.  An examination of the protest disclosing that it was untimely filed under section 514, Tariff Act of 1930 (19 U.S.C. § 1514), the protest was dismissed as untimely.